No. 105, Misc. KEITH *v.* MILLER, WARDEN. Supreme Court of Wyoming. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. Petitioner *pro se. Norman B. Gray,* Attorney General of Wyoming, *Marion R. Smyser,* Deputy Attorney General, and *Harry A. Thompson,* Assistant Attorney General, for respondent.

No. 181, Misc. CALDWELL *v.* RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.

No. 184, Misc. PAUGH *v.* FRISBIE, WARDEN. Supreme Court of Michigan. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.

No. 198, Misc. LANTZ *v.* MILLER, WARDEN. District Court of Rawlins County, Wyoming. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.

No. 199, Misc. DONOVAN *v.* NEW HAMPSHIRE. Supreme Court of New Hampshire. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.

No. 200, Misc. BYERS *v.* CITIES SERVICE GAS Co. C. A. 10th Cir. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.